RECEIVED
OCT 15 2013

| | |
|---|---|
| **VIRGINIA:** | OFFICE OF THE ATTORNEY GENERAL<br>HEALTH SERVICES SECTION |

FILED
MOTIONS DOCKET
2013 OCT 11 AM 11:03
CLERK, CIRCUIT COURT
FAIRFAX, VA

IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX

DR. YVOUNE KARA PETRIE, D.C. )
[License No.: 0104-556481] )
)
    Appellant, )
) Case No. CL-2013-007931
V. )
)
THE VIRGINIA BOARD OF MEDICINE )
)
    Respondent. )

## NOTICE OF APPEAL

Appellant Dr. Yvoune Kara Petrie hereby appeals to the Court of Appeals of Virginia from the final judgment and order of this Court entered on September 12, 2013.

A transcript or statement of facts, testimony, and other incidents of the case will be filed.

## CERTIFICATE

The undersigned certifies as follows:

(1) The name and address of appellant is: **Dr. Yvoune Kara Petrie, D.C.**, P.O. Box 2229, Fairfax, VA 22031-2229.

(2) The names, addresses, and telephone numbers of counsel for appellant are:
**Vincent M. Amberly, Esq.**, Amberly Law, 129 Harrison Street, NE, Leesburg, Virginia 20176, Tel: (703) 737-3545, Mobile: (703) 585-9096, Fax: (703) 991-0770, and
**John Onyido, Esq. (admitted *pro hac vice*)**, Law Offices of John C. Onyido, 39 Davenport Avenue #3G, New Rochelle, NY 10805, Mobile: (646) 957-0204, Fax: (914) 813-2739.

(3) The name and address of appellee is: **The Virginia Board of Medicine,** c/o William L. Harp, M.D., Executive Director Board of Medicine, 9960 Mayland Drive, Suite 300, Henrico, Virginia 23233.

(4) The name, address, and telephone number of counsel for appellee are: **Ishneila G. Moore,** Assistant Attorney General, Office of the Attorney General, 900 East Main Street Richmond, Virginia 23219, Tel: (804) 371-6019.

(5) ). Counsel for appellant has ordered from the court reporter who reported the case the transcript for filing as required by Rule 5A:8(a).

(6) A copy of the Notice of Appeal has been mailed to opposing counsel and to the Clerk of the Court of Appeals this __ day of October, 2013.

Dr. Yvoune Kara Petrie, D.C., FICPA

_____
Vincent M. Amberly

Vincent M. Amberly, VSB No. 40850
AMBERLY LAW
129 Harrison Street, NE
Leesburg, Virginia 20176
703-737-3545
703-991-0770 (Fax)
vince@amberlylaw.com
Counsel for the Appellant

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013 a copy of this Notice of AppealSubstitution of Counsel will be served on counsel for Respondent, Ishneila Moore, Assistant Attorney General, Office of the Attorney General, 900 East Main Street, Richmond, Virginia 23210 and imoore@oag.state.va.us, via first class mail and with an electronic copy of these papers.

_____
Vincent M. Amberly