**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **DR. YVOUNE KARA PETRIE, DC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:13-cv-1486 |
| | ) |
| **VIRGINIA BOARD OF MEDICINE,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **Friday, July 25, 2014**, at 10:00 a.m. or as soon thereafter as counsel may be heard, the Defendants will present to the Court Defendants' Motion for Protective Order Regarding Scope of Discoverable Material.

Respectfully submitted,

/s/
John D. Gilbody (VSB No. 42788)
Counsel for Defendants
Office of the Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-8198
(804) 371-2087 (fax)
jgilbody@oag.state.va.us


The Honorable Mark R. Herring
Attorney General of Virginia

Cynthia V. Bailey
Deputy Attorney General

Rhodes B. Ritenour
Deputy Attorney General
Civil Litigation Division

Sarah Oxenham Allen* (VSB No. 33217)
John D. Gilbody* (VSB No. 42788)
Erin L. Barrett* (VSB No. 74928)
Stephen John Sovinsky* (VSB No. 85637)
Assistant Attorneys General
(804) 786-6557
(804) 786-0122 (fax)

* *Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of July, 2014, the forgoing was served electronically via the Court's electronic filing system to:

Vincent M. Amberly (VSB No. 48050)
c/o VIRGINIA FUNCTIONAL MEDICINE
410 Pine Street, SE
Suite 320
Vienna, VA 22180
(703) 737-3545
(703) 991-0770 (fax)
vinceamberly@yahoo.com

/s/
John D. Gilbody (VSB No. 42788)
Counsel for Defendants
Office of the Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-8198
(804) 371-2087 (fax)
jgilbody@oag.state.va.us